<u>UNPUBLISHED ORDER</u>

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on April 18, 2014.

Present - Hon. Peter Tom,            Justice Presiding,
         David Friedman
         Richard T. Andrias
         David B. Saxe
         Leland G. DeGrasse,          Justices.

---------------------------------------X
In the Matter of the Application of

   Jason Craig Hardy,                           <u>UNPUBLISHED ORDER</u>

an attorney and counselor-at-law,               M-1746
(OCA Atty. Reg. No. 5034293)
              Petitioner.
---------------------------------------X

Petitioner Jason Craig Hardy (admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on April 30, 2012) having moved this Court on April 10, 2014 for leave to resign and for removal of his name from the roll of attorneys and counselors-at-law in the State of New York,

And the Committee on Character and Fitness, by Maria Matos, Esq., Executive Secretary to the Committee on Character and Fitness, having submitted an answer stating, inter alia, that the Committee takes no position on the motion,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon, it is unanimously

Ordered that the motion is granted, the resignation is accepted, and the name of said petitioner is removed from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.

ENTER:

APPELLATE DIVISION SUPREME COURT FIRST DEPARTMENT
STATE OF NEW YORK

I, SUSANNA ROJAS, Clerk of the Appellate Division of the Supreme Court First Judicial Department, do hereby certify that I have compared this copy with the original thereof filed in said office on 4/18/14 and that the same is a correct transcript thereof, and of the whole of said original.
IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on 4/21/14.

_____
CLERK

_____
CLERK